**FILED**

April 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

BY: _____ NM

DEPUTY

LUIS ANTONIO GAMEZ
MARTINEZ, EMMA GUADALUPE
CUELLAR LOPEZ, C.G.C., and
J.G.C.,

§
§
§
§
§
§

Petitioners,

§

NO. SA-26-CV-01526-OLG

v.

§
§

MARKWAYNE MULLIN *et al.*,[1]

§
§

Respondents.

§

## DISMISSAL ORDER

Before the Court is the status of this habeas proceeding, in which Respondents advised that Petitioners were released on parole on March 9, 2026 (Dkt. No. 5). Because Petitioners are no longer in Respondents' custody (*see* Dkt. No. 5-1), the Petition for Writ of Habeas Corpus (Dkt. No. 1) is moot. This case is therefore **DISMISSED WITHOUT PREJUDICE** as such.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED on April ___30___, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1] Markwayne Mullin became the Secretary of the Department of Homeland Security on March 24, 2026. As a result, he is automatically substituted as a Respondent in this action. *See* FED. R. CIV. P. 25(d).